UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Bryce, Jennifer M.

Case No.: 17-23188
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __October 31, 2017__ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
723 E Brookside Lane
Hillsborough, NJ
FMV - +/- $ 238,634.00
Co-owned with Non-Debtor

Liens on property:
Quicken Loans - $176,288.86

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $14,441.17

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-23188-KCF
Jennifer M. Bryce                                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2             Date Rcvd: Sep 21, 2017
                             Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db            +Jennifer M. Bryce,    723 E. Brookside Lane,    Hillsborough, NJ 08844-4858
516908118     +Andrew W. Bryce,    723 E. Brookside Lane,    Hillsborough, NJ 08844-4858
516908119      Bank of America,    PO Box 27052,    Tampa, FL 33623-7052
516908121     +Midland Funding LLC   c/o,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516908123     +NES,   2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
516908122      Nelnet,   US Dept of Education,    PO Box 740283,    Atlanta, GA 30374-0283
516908124      Northstar Location Services, LLC,    Attn: Financial Serrvice Dept.,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
516908126      Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516908135     +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2017 23:06:49     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2017 23:06:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516908120     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2017 23:06:19     Kohl's Department Store,
                 Po Box 3115,   Milwaukee, WI 53201-3115
516908125      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 23:13:00
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
516908127     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 21 2017 23:07:08     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
516908128      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:03:06     Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965061,   Orlando, FL 32896-5061
516910378     +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:39     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516908129      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:52     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept.,    PO Box 965061,   Orlando, FL 32896-5061
516908130      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:52     Synchrony Bank/Old Navy,
                 Attn: Bankruptcy Dept.,    PO Box 965061,   Orlando, FL 32896-5061
516908131      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:53     Synchrony Bank/PayPal,
                 Attn: Bankruptcy Dept.,    PO Box 965061,   Orlando, FL 32896-5061
516908132      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:39     Synchrony Bank/TJX Co,
                 Attn: Bankruptcy Dept.,    PO Box 965061,   Orlando, FL 32896-5061
516908133      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:52     Synchrony Bank/ToysRUs,
                 Attn: Bankruptcy Dept.,    PO Box 965061,   Orlando, FL 32896-5061
516908134      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 23:02:52     Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept.,    PO Box 965061,   Orlando, FL 32896-5061
                                                                                              TOTAL: 13
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
```
              Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Daniel E Straffi     dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James V. Loewen    on behalf of Debtor Jennifer M. Bryce loewen@newjerseylawyer.org
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2017
                              Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5