**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jennifer M. Bryce<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8687<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–23188–KCF

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer M. Bryce

9/29/17                                                                     **By the court:**   Kathryn C. Ferguson
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:
Jennifer M. Bryce
  Debtor

Case No. 17-23188-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Sep 29, 2017
                              Form ID: 318                Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db            +Jennifer M. Bryce,    723 E. Brookside Lane,   Hillsborough, NJ 08844-4858
516908118     +Andrew W. Bryce,    723 E. Brookside Lane,   Hillsborough, NJ 08844-4858
516908119      Bank of America,    PO Box 27052,   Tampa, FL 33623-7052
516908121     +Midland Funding LLC    c/o,   Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516908123     +NES,   2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
516908122      Nelnet,    US Dept of Education,   PO Box 740283,    Atlanta, GA 30374-0283
516908124      Northstar Location Services, LLC,    Attn: Financial Serrvice Dept.,    4285 Genesee Street,
                Cheektowaga, NY 14225-1943
516908126      Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QDESTRAFFI.COM Sep 29 2017 22:58:00     Daniel E Straffi,    Straffi & Straffi, LLC,
                670 Common Way,    Toms River, NJ 08755-6431
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2017 23:25:53     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2017 23:25:50     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516908120     +EDI: CBSKOHLS.COM Sep 29 2017 22:58:00     Kohl’s Department Store,    Po Box 3115,
                Milwaukee, WI 53201-3115
516908125      EDI: PRA.COM Sep 29 2017 22:58:00     Portfolio Recovery Associates, LLC,
                120 Corporate Boulevard,    Norfolk, VA 23502
516908127     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 29 2017 23:26:26     Quicken Loans,
                1050 Woodward Avenue,    Detroit, MI 48226-1906
516908128      EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516910378     +EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516908129      EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank/Amazon,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516908130      EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516908131      EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank/PayPal,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516908132      EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank/TJX Co,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516908133      EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank/ToysRUs,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516908134      EDI: RMSC.COM Sep 29 2017 22:58:00     Synchrony Bank/Walmart,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516908135     +EDI: WTRRNBANK.COM Sep 29 2017 22:58:00     TD Bank USA/Target Credit,    PO Box 673,
                Minneapolis, MN 55440-0673
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Daniel E Straffi,    Straffi & Straffi, LLC,   670 Common Way,   Toms River, NJ 08755-6431
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 29, 2017
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:

      Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
      Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
      Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      James V. Loewen    on behalf of Debtor Jennifer M. Bryce loewen@newjerseylawyer.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 5