UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James V. Loewen, Esq. jl6056
Wronko Loewen Benucci
69 Grove Street
Somerville, NJ 08876
(908) 704-9200
Attorneys for the Debtor(s)
Jennifer M. Bryce

Order Filed on December 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jennifer M. Bryce

| | |
|---|---|
| Case Number: | 17-23188 KCF |
| Hearing Date: | |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: December 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____723 East Brookside Lane, Hillsborough, NJ 08844_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. ___Discover Bank_____

2. _____

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

2