UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James V. Loewen, Esq. jl6056
Wronko Loewen Benucci
69 Grove Street
Somerville, NJ 08876
(908) 704-9200
Attorneys for the Debtor(s)
Jennifer M. Bryce

In Re:

Jennifer M. Bryce

Order Filed on December 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 17-23188 KCF

Hearing Date: _____

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

### ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
### PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: December 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as ___723 East Brookside Lane, Hillsborough, NJ 08844___, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. ___Discover Bank_____

2. _____

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer M. Bryce  
        Debtor

Case No. 17-23188-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
db          +Jennifer M. Bryce,    723 E. Brookside Lane,    Hillsborough, NJ 08844-4858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:  
         Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com  
         Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com  
         Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James V. Loewen    on behalf of Debtor Jennifer M. Bryce loewen@newjerseylawyer.org  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                  TOTAL: 5